**Shaw V. COLEMAN, Petitioner,**

v.

**Julie L. JONES, Secretary, Florida Department of Corrections, Respondent.**

No. 1D15–4270.

District Court of Appeal of Florida, First District.

Nov. 14, 2016.

Shaw V. Coleman, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Brett Coleman, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits. *See Banks v. Jones,* 197 So.3d 1152 (Fla. 1st DCA 2016) (holding that habeas corpus is not available to challenge an inmate's assignment to close management). The petitioner is, however, entitled to file a petition for writ of mandamus in the Leon County Circuit Court challenging the assignment. *Id.* at 1155–56.

MAKAR, JAY, and M.K. THOMAS, JJ., concur.